## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEFANO KINIROPOULOS,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NORTHAMPTON COUNTY** | : | **NO. 11-6593** |
| **CHILD WELFARE SERVICE,** | : | |
| **Defendant.** | : | |

### O R D E R

     **AND NOW**, this 10th day of January, 2013, upon consideration of the Defendant's Motion to Dismiss the Amended Complaint (Doc. No. 12), and all responses and replies thereto, it is **HEREBY ORDERED** that the Defendant's Motion to Dismiss is **GRANTED IN PART AND DENIED IN PART**[1] as follows:

    1.  Defendant's Motion to Dismiss Counts I and II is **GRANTED**.  Counts I and II are dismissed with prejudice;

    2.  Defendant's Motion to Dismiss Count III is **GRANTED**.  Count III is dismissed with prejudice;

    3.  Defendant's Motion to Dismiss Count IV is **GRANTED**.  Count IV is dismissed without prejudice; and

    4.  Defendant's Motion to Dismiss Count V is **GRANTED**.  Count V is dismissed without prejudice.

---

[1] Defendant's request to dismiss Counts IV and V with prejudice is **DENIED**.

It is **FURTHER ORDERED** that Plaintiff shall file a Second Amended Complaint on or before **Friday, January 25, 2013**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.