# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEFANO KINIROPOULOS,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **NORTHAMPTON COUNTY** | : | NO. 11-6593 |
| **CHILD WELFARE SERVICE,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 10th day of January, 2013, upon consideration of the Defendant's Motion to Dismiss the Amended Complaint (Doc. No. 12), and all responses and replies thereto, it is **HEREBY ORDERED** that the Defendant's Motion to Dismiss is **GRANTED IN PART AND DENIED IN PART**[1] as follows:

1. Defendant's Motion to Dismiss Counts I and II is **GRANTED**. Counts I and II are dismissed with prejudice;

2. Defendant's Motion to Dismiss Count III is **GRANTED**. Count III is dismissed with prejudice;

3. Defendant's Motion to Dismiss Count IV is **GRANTED**. Count IV is dismissed without prejudice; and

4. Defendant's Motion to Dismiss Count V is **GRANTED**. Count V is dismissed without prejudice.

---

[1] Defendant's request to dismiss Counts IV and V with prejudice is **DENIED**.

It is **FURTHER ORDERED** that Plaintiff shall file a Second Amended Complaint on or before **Friday, January 25, 2013**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.