# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEFANO KINIROPOULOS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NORTHAMPTON COUNTY | : | NO. 11-6593 |
| CHILD WELFARE SERVICE, | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 28th day of April, 2014, upon consideration of the defendant's motion for summary judgment (Doc. No. 25) and all responses thereto and in accord with the accompanying memorandum, it is hereby **ORDERED** that summary judgment is **GRANTED** in favor of the defendant and against the plaintiff.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.